UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING AND SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | MDL Docket No. 1699 |
| | Judge Charles R. Breyer |
| This document relates to: | |
| BETTY ESCUEDERO, on Behalf of the Estate of MARIA E. AVENDANO, et al., | CASE NO. 06CV5204 |
| Plaintiff, | |
| v. | |
| PFIZER, INC., | |
| Defendant. | |

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between counsels for the Plaintiff and counsel for the Defendant that the Complaint of Plaintiff Betty Escuedero on Behalf of the Estate of Maria E. Avendano, only, part of Case No. 06CV5204, is hereby dismissed without prejudice:

1. Plaintiff is Betty Escuedero, on Behalf of the Estate of Maria E. Avendano; Defendant is Pfizer, Inc.;

2. On August 24, 2006, Plaintiff sued Defendant;

3. Plaintiff moves to dismiss only her claims against Defendant;

4. Defendant has not answered these claims;

5. This case is not a class action;

6. A receiver has not been apointed to this action;

7. Plainitff has not dismissed an action based on or including the same claims as those present in this suit.

8. Should Plaintiff or a representative of Plaintiff attempt to refile her claims against Defendant, they shall do so only by filing in Federal Court..

Respectfully submitted:

SIMMONSCOOPER LLC

Dated: August 30, 2006

_____
Trent B. Miracle
707 Berkshire Boulevard
East Alton, IL 62024
(618) 259-2222 (Tel.)
(618) 259-2251 (Fax)
tmiracle@simmonscooper.com

-and-

HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYES
112 Madison Avenue
New York, NY 10017-1111
(212) 784-6400 (Tel.)
(212) 784-6420 (Fax)
*Attorneys for Plaintiff*

1
2                                        **GORDON & REES**
3
   Dated: _Sept 5_, 2006            _/s/ Stuart M. Gordon_
4                                   Stuart M. Gordon, Esq.
5                                   Embarcadero Center West
                                    275 Battery Street, 20th Floor
6                                   San Francisco, CA 94111
                                    (415) 986-5900 (Tel.)
7                                   (415) 986-8054 (Fax)
                                    *Defendant's Liaison Counsel*
8
9

10  **PURSUANT TO STIPULATION, IT IS SO ORDERED THAT PLAINITFFS' DUELL**
11
    **and DONNA NICHOLAS' CLAIMS ARE DISMISSED.**
12
13
14  Dated: _September 8, 2006_      _____
                                    THE HONORABLE CHARLES R. BREYER
15                                  UNITED STATES DISTRICT
16
17
18 
19
20
21
22
23
24
25
26
27
28

                                    3
                        Stipulation and Order of Dismissal