1  Plaintiff's Counsel:
   Jayne Conroy
2  Hanly Conroy Bierstein Sheridan
     Fisher & Hayes LLP
3  112 Madison Avenue
   New York New York  10016-7416
4  (212) 784-6400
   (212) 284-6420 (fax)
5
   -and-
6
   SimmonsCooper LLC
7  707 Berkshire Blvd.
   East Alton, IL  62024
8  (618) 259-2222
   (212) 259-2251 (Fax)
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES, AND PRODUCT LIABILITY LITIGATION | Case No. M:05-CV-01699-CRB<br><br>MDL NO. 1699<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| This Document Relates To:<br><br>*Wanda M. Argo, et. al., vs. Pfizer, Inc.,.*<br>*MDL No. 06-5204:* <u>Plaintiff Gladys Martin and George Martin</u> | |

Come now the Plaintiffs, Gladys Martin and George Martin, and Defendant, Pfizer Inc., by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule

- 1 -

STIPULATION OF DISMISSAL WITH PREJUDICE

41(a), and hereby stipulate to the dismissal with prejudice of Plaintiffs, **Gladys Martin and George Martin's** action only, with each side bearing its own attorneys' fees and costs.

Dated: _____, 2009      By: /s/ Jayne Conroy
                                        Jayne Conroy
                                        **HANLY CONROY BIERSTEIN**
                                        **SHERIDAN FISHER & HAYES LLP**
                                        112 Madison Avenue
                                        New York, New York 10016-7416
                                        (212) 784-6400
                                        (212) 784-6420 (Fax)
                                        Email: jconroy@hanlyconroy.com

                        -and-

                                        **SIMMONSCOOPER LLC**
                                        707 Berkshire Blvd.
                                        East Alton, IL 62024
                                        (618) 259-2222
                                        (618) 259-2251 (Fax)

                                        *Counsel for Plaintiff.*

Dated: _____March 11, 2009       By: /s/ Michelle W. Sadowsky
                                        Michelle W. Sadowsky
                                        **DLA PIPER US LLP**
                                        1251 Avenue of the Americas
                                        New York, New York 10020-1104
                                        (212) 335-4625
                                        (212) 884-8675 (Fax)

                                        *Counsel for Defendant Pfizer, Inc.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: \_\_March 30_____, 2009   By: /s/
                                             United States District Court